E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  1995

_____,
        Plaintiff,

CASE NO. _____

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

_____,
        Defendant.

I, Timoteo Gomez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes \_\_\_ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                Yes ____ No ✗

b. Income from stocks, bonds, or royalties?              Yes ____ No ✗

c. Rent payments?                                        Yes ____ No ✗

d. Pensions, annuities, or life insurance payments?      Yes ____ No ✗

e. Federal or State welfare payments, Social Security or other government source?   Yes ____ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                      Yes ____ No ✗

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ ___0_____   Net $ ___0_____

4. a. List amount you contribute to your spouse's support: $ ___0_____

APP. TO PROC. IN FORMA PAUPERIS                 - 2 -


1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____  _____
6  _____
7  5.  Do you own or are you buying a home?      Yes ____  No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                 Yes ____  No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash?  Yes ____ No ✗ Amount: $ ⊖
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✗
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ____⊖_____ Utilities: _____
23 Food: $ ____⊖_____ Clothing: _____
24 Charge Accounts:
25 <u>Name of Account</u>        <u>Monthly Payment</u>        <u>Total Owed on This Acct.</u>
26 _____  $ ⊖_____  $ ⊖_____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-4-08                                          Inmate Gomez
DATE                                       SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Jimoteo Gomez  for the last six months
[prisoner name]
San Quentin State Prison where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 32.59  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 32.59 .

Dated: 4/5/08                  C/O H. Hudock
                               [Authorized officer of the institution]

- 5 -

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F01170
   ACCOUNT NAME:  GOMEZ, TIMOTEO
   ACCOUNT TYPE:  I
CURRENT BALANCE:         32.59
   HOLD BALANCE:          0.00
 ENCUM. BALANCE:          0.00
      AVAILABLE:         32.59
PRIVILEGE GROUP:  U
   LAST CANTEEN:  04/17/2006
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE    TRAN    AMOUNT       DESCRIPTION      CHECK NUM     COMMENT      BALANCE
 -------   ----  -----------  ----------------   ----------  ----------  -----------
 07/05/06  W536       0.52-  COPAY CHARGE                    0026MEDCAL        0.00
 02/20/07  DD31       1.02   CHECK DEPOSIT O                 2939/R&R          1.02
 05/10/07  DD31       7.74   CHECK DEPOSIT O                 3837/R&R          8.76
 07/09/07  DD34      27.00   EFT DEPOSIT ONL                 0059/J-PAY       35.76
 07/23/07  W519       3.51-  RELEASES FROM C                 0343V7-023       32.25
 02/11/08  DD31       0.34   CHECK DEPOSIT O                 3083/R&R         32.59
PAGE#       1 OF     2 PAGES
```