IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTEO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. PACHYNSKI, et al.,<br><br>　　　　　Defendant(s). | No. C 08-01995 CRB (PR)<br><br>ORDER |

　　　Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal/summary judgment is GRANTED. Plaintiff shall file an opposition by no later than January 9, 2009, and defendants shall file a reply within 15 days thereafter.

　　　No further extensions of time will be granted.

　　　The clerk shall terminate the motion in docket number 9.

SO ORDERED.

DATED: Dec. 10, 2008

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.08\Gomez, T2.eot.wpd