IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTEO GOMEZ,

    Plaintiff,

 v.

DR. PACHYNSKI, et al.,

    Defendant(s).

No. C 08-1995 CRB (PR)

ORDER

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal/summary judgment is GRANTED.  Plaintiff shall file an opposition by no later than February 13, 2009, and defendants shall file a reply within 15 days thereafter.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 13.

SO ORDERED.

DATED:  Jan. 22, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Gomez, T2.eot2.wpd